**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 18-1868

Troy Lamont Moore, Sr.  vs.  Saajida Walton

Calendar Date: Nov. 8, 2023     Location: Philadephia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Brian Wolfman

Designation of Arguing Counsel: Regina Wang

Member of the Bar:  ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☑ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:
Troy Lamont Moore, Sr.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)